KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Sarah Malik (SBN 342369)
smalik@kfc.law
11100 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone:   (310) 409-0400
Facsimile:   (310) 409-0401

*Attorneys for Korea Deposit Insurance Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOREA DEPOSIT INSURANCE CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>HENRY KIM CHO,<br><br>          Defendant. | CASE NO.<br><br>**COMPLAINT FOR:**<br><br>**1.  Recognition of a Foreign Country Money Judgment** |

COMPLAINT

Plaintiff Korea Deposit Insurance Corporation ("Plaintiff" or "KDIC") complains and alleges as follows:

## INTRODUCTION

1. Plaintiff Korea Deposit Insurance Corporation ("Plaintiff" or "KDIC") holds a money judgment (the "Judgment") rendered by courts of the Republic of Korea, or South Korea, against Defendant Henry Kim Cho, an individual whose last known address is Las Vegas, Nevada, with significant property located in Palo Alto, California.

2. The Judgment was issued by the Busan District Court on July 7, 2021. The Judgment was duly served on Defendant pursuant to Korean law on July 9, 2021, and became final and enforceable on July 23, 2021, as Defendant did not appeal.

3. A true and correct copy of the Judgment is attached hereto as **Exhibit A**, together with a certified translation.

4. The principal amount of the Judgment at the time of issue was KRW 7,000,000,000, or US $ 5,038,145.96, based on the exchange rate applicable as of September 12, 2025. In addition, the Judgment has accrued an interest of KRW 13,326,657,534, or US $ 9,591.663.69 as of September 12, 2025, as calculated by the formula ordered by the South Korean Court in the Judgment. Accordingly, as of September 12, 2025, the total amount of the Judgment is KRW 20,326,657,534, or US $ 14,629,809.65.  Hereafter, all conversions from the South Korean won to United States dollars are based on the exchange rate of US $1.00 to KRW 1,389.40, the prevailing exchange rate as of September 12, 2025.

5.   Plaintiff respectfully submits this complaint in order to obtain recognition of the Judgment from this Court pursuant to California Uniform Foreign-Country Money Judgments Recognition Act, Cal. Code Civ. Proc. §§ 1713 *et seq.*, and alleges the following:

## PARTIES

6.   Plaintiff Korea Deposit Insurance Corporation is a quasi-governmental organ of the Republic of Korea, or South Korea. KDIC maintains South Korea's financial stability by, *inter alia*, taking over failed financial institutions' assets and contracts, and pursuing claims on behalf of such failed financial institutions. Plaintiff holds a money judgment in the amount of KRW 20,326,657,534, or US $ 14,629,809.65, against Defendant.

7.   Defendant Henry Kim Cho is an individual whose last known address is in Las Vegas, Nevada, with substantial property located in Palo Alto, California.

## JURISDICTION AND VENUE

8.   This Court has *quasi in rem* jurisdiction over this action, as Defendant has substantial property in Palo Alto, California that may be applied toward satisfaction of the Judgment.

9.   This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), as complete diversity of citizenship exists between the parties and the amount in controversy exceeds US $75,000.

10.  Venue is proper as Plaintiff seeks to obtain recognition of the Judgment

3
COMPLAINT

to be enforced against Defendant's property in Palo Alto, California.

## BACKGROUND

11. In this action, Plaintiff KDIC seeks to obtain recognition of the money judgment rendered by the courts of the Republic of Korea (the "Judgment") against Defendant Henry Kim Cho ("Defendant"), such that the Judgment may be enforced in California, where Defendant holds property.

12. The Judgment arises from a loan that Defendant obtained from Busan 2 Savings Bank Co., Ltd. ("Busan 2 Savings"), a failed bank that KDIC came to oversee.

13. Busan 2 Savings provided a loan (the "Busan 2 Loan") in the amount of KRW 10 billion (approximately US $ 7,254,788.16) to CXC Financial Loan, Inc. ("CXC Financial"). *See* Ex. A at 4. Defendant, together with an entity called CXC Co., Ltd. ("CXC Co.") jointly guaranteed the Busan 2 Loan (the "Guarantee"). *See id.*

14. On March 12, 2012, Busan 2 Savings was declared bankrupt, and KDIC became the trustee of Busan 2 Savings' estate. *See* Ex. A at 4.

15. Meanwhile, CXC Financial defaulted on the Busan 2 Loan. On behalf of Busan 2 Savings' estate, KDIC brought an action in the Busan District Court to enforce the Busan 2 Loan and the Guarantee, in a case numbered 2020 Gahap 52296.

16. On July 7, 2021, the Busan District Court issued the Judgment, ordering Defendant to jointly and severally pay up to KRW 7,000,000,000, together with interest thereon at the rate of 21 percent *per annum* from August 21, 2016, until full

payment is made. *See* Ex. A at 4.

17. A true and correct copy of the Certificate of Service issued by the Busan District Court is attached hereto as **Exhibit B**, together with a certified translation. A true and correct copy of the Certificate of Finalization issued by the Busan District Court is attached hereto as **Exhibit C**, together with a certified translation. The Judgment was duly served on Defendant pursuant to Korean law on July 9, 2021. *See* Ex. B at 1. Because Defendant did not appeal, the Judgment became final and enforceable on July 23, 2021. *See* Ex. C at 1.

18. The current balance of the Judgment is KRW 7,000,000 in principal, and interest of KRW 13,326,657,534 as of September 12, 2025.

19. Neither Defendant, CXC Financial nor CXC Co. paid any sum toward satisfaction of the Judgment at any time. Accordingly, the Judgment remains outstanding against the Defendant.

### FIRST CAUSE OF ACTION

**Recognition of Judgment Pursuant to
the Uniform Foreign-Country Money Judgments Recognition Act
California Code of Civil Procedure §§ 1713 *et seq.***

20. Plaintiff KDIC refers to and incorporates all of the foregoing paragraphs of this complaint as though fully set forth herein.

21. The Judgment, issued by courts of the Republic of Korea, is a foreign country judgment as defined in Cal. Code Civ. Proc. § 1714(b).

22. The Judgment grants recovery of a sum of money, namely KRW

20,326,657,534, or US $ 14,629,809.65 as of September 12, 2025.

23. Under the law of the Republic of Korea, the Judgment is final, conclusive and enforceable.

24. The Judgment arises from a commercial transaction, and is not for taxes, fines or other penalties, nor was it rendered in connection with domestic relations.

25. The Judgment is rendered by the courts of the Republic of Korea, which is considered an advanced and wealthy democracy with impartial tribunals and a sophisticated legal system that comports with the requirements of due process of law.

26. The Busan District Court had personal jurisdiction over Defendant.

27. The Busan District Court had subject matter jurisdiction over the underlying dispute.

28. Defendant was duly served with process in accordance with the laws of the Republic of Korea and received notice of the proceeding in sufficient time to defend.

29. The Judgment was not obtained by fraud.

30. The Judgment arises from a garden-variety commercial transaction, *i.e.* a bank loan and a guarantee, and is not repugnant to the public policy of the State of California or the United States.

31. The Judgment does not conflict with any other final and conclusive judgment.

32. Defendant was not a party to any agreement under which the underlying

dispute was to be determined otherwise than by proceedings in the courts of the Republic of Korea.

33. The proceedings under which the Judgment was rendered were compatible with the requirements of due process of law, and no doubt exists as to the integrity of the courts that rendered the Judgment.

34. Accordingly, the Judgment is entitled to recognition by this Court.

## PRAYER FOR RELIEF

Wherefore, Plaintiff Korea Deposit Insurance Corporation prays that this Court:

1. Recognize the foreign-country judgment at issue, namely the money judgment rendered by the Busan District Court of the Republic of Korea in a case numbered 2020 Gahap 52296 on July 7, 2021, such that the Judgment is treated as conclusive and enforceable to the same extent and in the same manner as a judgment rendered in the State of California and by this Court, and;

2. Grant such other relief as the Court may deem proper.

Dated: September 19, 2025          KIBLER FOWLER & CAVE LLP

By: ____/s/ Michael D. Kibler____
MICHAEL D. KIBLER
SARAH MALIK
Attorneys for Korea Deposit Insurance Corporation