United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOREA DEPOSIT INSURANCE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HENRY KIM CHO,<br><br>　　　　Defendant. | Case No. 25-cv-08004-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE AND ZOOM HEARING**<br><br>Re: Dkt. No. 18 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for March 31, 2026 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due by March 24, 2026.  This proceeding will be held via a Zoom webinar.

Dated: December 30, 2025

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk of Court, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Dianna Shoblo, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR