UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KOREA DEPOSIT INSURANCE
CORPORATION

Plaintiff,

v.

HENRY KIM CHO,

Defendant.

Case No.  25-cv-08004-JST

**ORDER RE: ATTENDANCE AT
MEDIATION**

Date: June 8, 2026
Mediator: Shirish Gupta

The request to excuse Plaintiff Mr. Nak-hoon Kim, Senior Manager of Korea Deposit Insurance Corporation from appearing in person at the June 8, 2026, mediation before Shirish Gupta is GRANTED.  The representative shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: May 8, 2026

Sallie Kim
United States Magistrate Judge