**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

KOREA DEPOSIT INSURANCE
CORPORATION,

            Plaintiff,

      v.

HENRY KIM CHO,

            Defendant.

CASE NO.: 3:25-cv-08004-JCS

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

**[PROPOSED] ORDER**

The Court, having reviewed and considered the Motion for Summary Judgment of Korea Deposit Insurance Corporation and for good cause being shown, hereby ORDERS:

1.     The Motion for Summary Judgment is **GRANTED**.

2.     It is **ORDERED** and **ADJUDGED** that a judgment shall be entered in favor of Plaintiff Korea Deposit Insurance Corporation, and against the Defendant Henry Kim Cho, in the amount of US $18,279,749.99, in recognition of a judgment rendered by Busan District Court on July 7, 2021, in a case numbered 2020 Gahap 52296.

**IT IS SO ORDERED**.

DATED:     _____     _____
                                                        The Honorable Jon S. Tigar
                                                        United States District Judge

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT