UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KOREA DEPOSIT INSURANCE CORPORATION,

Plaintiff,

v.

HENRY KIM CHO,

Defendant.

Case No. 25-cv-08004-JST

**ORDER RE USE OF DOCUMENTS SUBMITTED IN MEDIATION; SCHEDULING ORDER**

Re: ECF No. 39

Defendant Henry Kim Cho's administrative motion for use of documents is now before the Court. ECF No. 39. Plaintiff Korea Deposit Insurance Corporation ("KDIC") is correct that the determination whether a document is subject to the mediation confidentiality privilege is normally the subject of a substantive motion and not an administrative motion. Nonetheless, the parties have both provided argument on that question and so the Court will decide it.

Because Plaintiff concedes that the documents submitted in mediation are all "publicly filed court pleadings in the underlying lawsuit in South Korea, which have been available to Defendant for months, if not years," ECF No. 41 at 2, those documents are not covered by any mediation privilege. *See Perez v. Indian Harbor Ins. Co.*, 613 F. Supp. 3d 1171, 1183 (N.D. Cal. 2020) (a document that "generally restate[s] facts that can be gleamed from the . . . public docket" is "not be subject to the mediation confidentiality privilege"). KDIC's objection to Cho's use of the documents on grounds of the mediation confidentiality privilege is overruled. This order does not reach the question of whether such documents are otherwise admissible.

Although the Court previously vacated the summary judgment briefing and hearing schedule, ECF No. 40 at 1, Cho has now filed an opposition to KDIC's summary judgment motion, ECF No. 43, and a motion for relief under Rule 56(d) of the Federal Rules of Civil

Procedure, *id.* KDIC's summary judgment reply brief and opposition to Cho's Rule 56(d) motion are due July 23, 2026. Cho's reply brief in support of his Rule 56(d) motion is due July 30, 2026. At that time, the motions will go under submission unless the Court orders otherwise. Cho's request for an enlargement of time, ECF No. 39, is denied as moot.

**IT IS SO ORDERED.**

Dated: July 7, 2026



JON S. TIGAR
United States District Judge